# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  v.  **LUIS ANGEL CAMPUZANO,**  *Defendant.* | **CRIMINAL ACTION NO.**  **3:24-cr-00032-TES-CHW-2** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Luis Campuzano's Unopposed Motion for Continuance [Doc. 80]. On October 8, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute a Controlled Substance,[1] Possession with Intent to Distribute Cocaine,[2] Possession with Intent to Distribute Heroin,[3] Possession with Intent to Distribute Fentanyl,[4] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[5] [Doc. 1]. Defendant entered a plea of not guilty on November 5, 2024. [Doc. 45].

---

[1] In violation of 21 U.S.C. § 846, *in connection with* 21 U.S.C. § 841(a)(1) & (b)(1)(A)(i), (ii), & (vi).

[2] In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B)(ii), and 18 U.S.C. § 2.

[3] In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A)(i), and 18 U.S.C. § 2.

[4] In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A)(vi), and 18 U.S.C. § 2.

[5] In violation of 18 U.S.C. §§ 2, 924(c)(1)(A).

Defendant seeks a continuance because his counsel needs more time to negotiate possible resolutions of the case. [Doc. 80, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 80], and this case and its pretrial conference are **CONTINUED** to the Court's June term—beginning on June 23, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED**, this 7th day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**